**CITY OF ALLENTOWN, Respondent,**

v.

**MSG ASSOCIATES, INC., Petitioner.**

Supreme Court of Pennsylvania.

Dec. 19, 2000.

### ORDER

PER CURIAM:

AND NOW, this 19th day of December, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Does the Allentown Business Privilege Tax Ordinance's taxation of service-related businesses at a higher rate than sellers of goods violate the Uniformity Clause (Article VIII, Section 1) of the Pennsylvania Constitution?

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Zachary WITMAN, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 20, 2000.

### ORDER

PER CURIAM.

AND NOW, this 20th day of December, 2000, the Petition for Allowance of Appeal is hereby DENIED. The Motion for Admission Pro Hac Vice is hereby GRANTED.